## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**MCKINLEY TEAGUE**  **PLAINTIFF**

**v.**  **CAUSE NO.:** 5:23-cv-88-DCB-FKB

**BRANDON TYLER HENDERSON,**
**SOUTHERN LINE CONTRACTORS, INC.,**
**AND MARY BUTLER TEAGUE**  **DEFENDANTS**

### NOTICE OF REMOVAL

TO:   Dustin R. Bairfield, Clerk
Circuit Court of Lincoln County, Mississippi
301 S. First St., Room 205
Brookhaven, MS 39602

Charles M. Thomas, Esq.
1100 Poydras Street, Suite 2200
New Orleans, LA 70163
charlie@huberthomaslaw.com
*Attorney for Plaintiff*

Defendant, Mary Butler Teague, appears for the purpose of presenting this Notice of Removal of the cause described below from the Circuit Court of Lincoln County, Mississippi, to the United States District Court for the Southern District of Mississippi, Western Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and states as follows:

1.   The action is a civil action arising out of an alleged motor vehicle accident that occurred between the Defendant, Mary Butler Teague, and a vehicle driven by Defendant, Brandon Tyler Henderson on August 30, 2021. The Plaintiff, McKinley Teague, was a passenger in Defendant Mary Butler Teague's vehicle at the time of the accident.  Brandon Tyler Henderson was working for Southern Line Contractors, Inc., when the accident occurred.   The Plaintiff made a subsequent negligence claim against Mary Butler Teague and Brandon Tyler Henderson.  The Plaintiff has

alleged that Southern Line Contractors, Inc., is vicariously liable for the actions of its employee. The Plaintiff is seeking monetary damages based on her claims. The United States District Court for the Southern District of Mississippi, Western Division, has jurisdiction over this matter and this matter is properly removed to this Court, pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

2. This action was commenced by the filing of the Complaint in the Circuit Court of Lincoln County, Mississippi, as Cause No. 23-cv-479-LT on August 30, 2023. *See Exhibit "A," Plaintiff's Complaint*. The Defendant, Mary Butler Teague, was served with process on September 6, 2023. As the date of this removal, Defendants Brandon Tyler Henderson and Southern Line Contractors, Inc., have not been served with process.

## NOTICE WAS TIMELY FILED

3. 28 U.S.C. 1446(b)(3) provides that "a notice of removal may be filed within thirty (30) days after receipt by the Defendant through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." The Defendant, Mary Butler Teague, was served with process on September 6, 2023. This Notice of Removal is therefore timely.

## DIVERSITY JURISDICTION

4. The United States District Court for the Southern District of Mississippi, Western Division, had, at the time suit was filed, and now has, original subject-matter jurisdiction of this civil action because there is complete diversity of citizenship among all properly joined parties pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, in that the Plaintiff McKinley Teague is alleged to be a "person of the full age of majority, domiciled and residing in the State of Louisiana, Parish of Jefferson." *Id*. Defendant Mary Butler Teague is alleged to be a "person of the full age of majority,

domiciled and residing in the State of Louisiana, Parish of Jefferson. *Id.* Further, the Plaintiff's Complaint alleges that Defendant Brandon Tyler Henderson is a "person of full age majority, domiciled and residing in Lyerly, Georgia." *Id.* Finally, the Plaintiff's Complaint alleges Defendant Southern Line Contractors, Inc., is "a Georgia corporation authorized to do and/or doing business in the State of Mississippi." *Id.*

## AMOUNT IN CONTROVERSY

5.  The Plaintiff did not plead a specific amount of damages in controversy as permitted by state court practice. Despite this, a cause of action may be removed if Defendants establish by a preponderance of the evidence that the amount in controversy exceeds $75,000.00 exclusive of costs and interest. 28 U.S.C. § 1446(c)(2)(B). "The Defendant may prove that amount either by demonstrating that the claims are likely above $75,000.00 in sum or value, or by setting forth the facts in controversy that support a finding of the requisite amount. *Gebbia v. Wal-Mart Stores, Inc.*, 233 F. 3d 880, 882-83 (5th Cir. 2000). The cause of action involves claims for negligence, recklessness and wanton disregard for safety and the Plaintiff seeks the full range of damages available, including physical injuries, pain and anguish, loss of enjoyment of life, loss of consortium, medical expenses and disability. The Plaintiff further demands judgment against all Defendants for all amounts commensurate with his respective damages, legal interest, costs, attorneys' fees and expert fees. Based upon these allegations, it is facially apparent that, due to the nature, extent, and severity of damages claimed, the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Similar allegations to those in Plaintiff's Complaint have been found to meet the jurisdictional requirement under 28 U.S.C. § 1332. *See, e.g., Gebbia v. Wal-Mart Stores*, 233 F. 3d 880, 888 (5th Cir. 2000) (holding that it was "facially apparent" that alleged damages in a slip-and-fall case for "medical expenses, physical pain and suffering, mental anguish and suffering, loss of

enjoyment of life, loss of wages and earning capacity, and permanent disability and disfigurement" met the jurisdictional amount).

## PROCESS, PLEADINGS AND ORDERS SERVED

6. Pursuant to 28 U.S.C. § 1446 (a), copies of all process, pleadings and orders served upon the removing Defendants are filed with this notice. *See Exhibit "B," Certified Copy of Lincoln County Circuit Court File.*

7. The Defendant, Mary Butler Teague, upon filing of this Notice of Removal, has given Notice to the Plaintiff through his attorney of record, and simultaneous, therewith, the Defendant has filed a true and correct copy of the Notice of Removal with the Clerk of the Circuit Court of Lincoln County, Mississippi, in compliance with U.S.C. §1446(d).

**WHEREFORE**, Mary Butler Teague requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the 3rd day of October, 2023.

                                      **MARY BUTLER TEAGUE, DEFENDANT**

                **BY:**   */s/ Jeremy D. Hawk*
                          **JEREMY D. HAWK**

**OF COUNSEL:**

**Jeremy D. Hawk, (MSB# 101189)**
**TAYLOR, WELLONS, POLITZ & DUHE, LLC**
Post Office Box 550
Madison, Mississippi 39130-0550
Telephone :(769) 300-2988
Facsimile: (769) 300-2145
Email: jhawk@twpdlaw.com

## CERTIFICATE OF SERVICE

I, Jeremy D. Hawk, one of the counsel of record for the Defendant, Mary Butler Teague, do hereby certify that I have this date caused to be delivered, **via electronic filing,** a true and correct copy of the above and foregoing to the following:

>Dustin R. Bairfield, Clerk
>Circuit Court of Lincoln County, Mississippi
>301 S. First St., Room 205
>Brookhaven, MS 39602
>
>Charles M. Thomas, Esq.
>1100 Poydras Street, Suite 2200
>New Orleans, LA  70163
>charlie@huberthomaslaw.com
>*Attorney for Plaintiff*

THIS the 3rd day of October, 2023.

>*/s/ Jeremy D. Hawk*
>**JEREMY D. HAWK**